DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HERROLD, CONNIE L

Case No. 09-01640-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.70, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HERROLD, CONNIE L | 15610 W HIGHWAY 2 LOT #A6<br>MEDICAL LAKE, WA 99022 | $15.70 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874875          8/20/10          $15.70